IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TERESA DEION SMITH HARRIS, )<br>Tennessee Department of Corrections )<br>Inmate Number 00233590, )<br> )<br>Petitioner, )<br> )<br> )<br> )<br>CHERRY LINDAMOOD, Warden )<br>Tennessee Prison for Women, )<br> )<br>Defendant. ) | NO. 3:02-0021<br>JUDGE HAYNES |

### ORDER

In accordance with the Memorandum filed herewith, the Respondent's motion for summary judgment (Docket Entry No. ) is **GRANTED** and the petition for the writ of habeas corpus is **DENIED**. The Petitioner has ten (10) days from the date of entry of this Order to file an application for a certificate of Appealability listing any issue for which an appeal of the Order is sought pursuant to 28 U.S.C. § 2253(c).

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 30th day of March, 2007.

WILLIAM J. HAYNES, JR.
United States District Judge